

# THE ATTORNEY GENERAL
## OF TEXAS

### AUSTIN 11, TEXAS

WAGGONER CARR
ATTORNEY GENERAL

April 8, 1965

Mrs. Marie Hudson
Firemen's Pension Commissioner
1010 Sam Houston Building
Austin, Texas

Opinion No. C- 417

Re: Whether, under the facts
stated, a fireman should
be required to contribute
a per cent of sick leave
and vacation pay into the
Pension Fund.

Dear Mrs. Hudson:

In your letter requesting an opinion from this office, you submit certain facts which we quote as follows:

"The Firemen's Pension Board of Corpus Christi, Texas, has requested that I secure your official ruling on a matter involving Section 6 of the Firemen's Pension Law.

"After a fully paid Fireman has completed twenty (20) years of Service before reaching the age of 55 years he can leave the Fire Department for other employment but continue to pay into the local Pension Fund the same percentage of contribution as paid by the other Firemen on his average monthly salary for the five year period prior to his resignation.

"A Fireman resigning from the Department with twenty (20) years of service will have accumulated sick leave and vacation pay, which in some cases can amount to as much as $3,000.00 to $4,000.00. /Neither/ the local Board nor this office permit this sick leave and vacation pay to be included in his average monthly salary."

With regard to these facts you ask the following question which we quote as follows:

"We would like your official opinion as
to whether or not a Fireman so resigning or
retiring on age and service should be required
to contribute a percent of sick leave and vaca-
tion pay into the Pension Fund."

Article 6243e, Vernon's Civil Statutes, is popularly
known as the Firemen's Relief and Retirement Fund Act. The
provisions of Section 6 of Article 6243e, Vernon's Civil Statutes,
most pertinent to our discussion read as follows:

"Sec. 6

". . .Any person who has been duly appointed
and enrolled and who has attained the age of
fifty-five (55) years, and who has served actively
for a period of twenty (20) years in any rank,
whether as wholly paid, part-paid or volunteer
fireman, . . .shall be entitled to be retired
from such service or department and shall be
entitled to be paid from the Firemen's Relief
and Retirement Fund of that city or town, a
monthly pension equal to one half (1/2) of his
average monthly salary not to exceed a maximum
of One Hundred Dollars ($100) per month, except
as hereinafter provided; such average monthly
salary to be based on the monthly average of his
salary for the five year period preceding the
date of such retirement; . . .Notwithstanding
any other provision of this Act, it is hereby
specially provided that any eligible and quali-
fied fireman who shall have completed twenty
(20) years of service before reaching the age
of fifty-five (55) years may apply to the Board
of Trustees for, and it shall be the Board's
duty to issue, a certificate showing the com-
pletion of such service and showing and certify-
ing that such fireman, when reaching the age of
fifty-five (55) years, will be entitled to the
retirement and other applicable benefits of this
Act;. . ."

It is your administrative ruling, as well as that of
the Board of Firemen's Relief and Retirement Fund Trustees of
Corpus Christi, Texas, that sick leave and vacation pay is not
authorized to be included in computing a fireman's average monthly
salary under the provisions of Section 6, Article 6243e, Vernon's
Civil Statutes. This ruling is a valid exercise of the rule making
powers of the Boards of Firemen's Relief and Retirement Fund Trus-
tees and the Firemen's Pension Commissioner granted in Section 3

and Section 19 respectively of Article 6243e, Vernon's Civil Statutes. We quote the pertinent provisions of these respective sections as follows:

"Sec. 3

". . .such Board (Board of Firemen's Relief and Retirement Fund Trustees) shall have the power and authority to hear and determine all applications for retirement, claims for disability, either partial or total, and to designate the beneficiaries or persons entitled to participate therein or therefrom as hereinafter directed and which said Board shall be known as the 'Board of Firemen's Relief and Retirement Fund Trustees of _____, Texas.' . . ."

"Sec. 19

". . .Such Commissioner (Firemen's Pension Commissioner) shall have authority to examine the accounts and records of the various Boards of Trustees; shall make rules and regulations not otherwise provided herein; . . .shall hear, determine, and/or review all appeals herein provided and shall do any and all things within his power and as he may deem necessary to facilitate and assist in the purpose for which such Firemen's Relief and Retirement Fund is created."

Since sick leave and vacation pay is not included in computing a fireman's average monthly salary, it is our opinion that a fireman, who resigns, after completing twenty years of service before reaching the age of fifty-five, is not required, under the provisions of Article 6243e, to contribute a percent of sick leave and vacation pay into the Firemen's Relief and Retirement Fund.

### SUMMARY

Under the submitted facts, a fireman is not required by the provisions of Article 6243e, Vernon's Civil Statutes, to contribute a percentage of sick leave and vacation pay into the Firemen's Relief and Retirement Fund.

Mrs. Marie Hudson, page 4 (C-417)

Very truly yours,

WAGGONER CARR
Attorney General

By:
    Ivan R. Williams, Jr.
    Assistant

IRWjr:mkh

APPROVED:
OPINION COMMITTEE

W. V. Geppert, Chairman
Roy Johnson
W. O. Shultz
Frank Booth
Grady Chandler

APPROVED FOR THE ATTORNEY GENERAL
BY:  Stanton Stone